## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

SCENTER PICKNEY                              CIVIL ACTION NO. 16-0211

VERSUS                                       JUDGE ROBERT G. JAMES

STRATEGIC RESTAURANTS                        MAG. JUDGE PATRICK HANNA
ACQUISITION COMPANY LLC, ET AL.

### JUDGMENT

For the reasons set forth in this Court's Ruling and the Report and Recommendation [Doc. No. 21] of the Magistrate Judge, to the extent adopted, and having considered the entire record in this matter, including Defendants' written objections to the Magistrate Judge's Report and Recommendation [Doc. No. 22],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Compel Arbitration, Stay Proceedings and for Award of Attorneys' Fees [Doc. No. 11] is GRANTED. Plaintiff Scenter Pickney is ordered to submit the claims asserted in this lawsuit to arbitration in accordance with the arbitration agreement. The proceedings in this matter are STAYED pending arbitration, and Defendants are AWARDED reasonable costs and attorneys' fees related to the filing and prosecution of their motion.

IT IS FURTHER ORDERED that Defendants' counsel shall file an affidavit and any supporting documentation setting forth the requested costs and attorneys' fees within twenty-one (21) days of the date of this ruling and accompanying judgment. Plaintiff shall have fourteen (14) days from the date the affidavit is filed to file her response.

MONROE, LOUISIANA, this 9th day of March, 2017.


**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**