# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **SCENTER PICKNEY** | **CIVIL ACTION NO. 16-0211** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STRATEGIC RESTAURANTS ACQUISITION COMPANY LLC, ET AL.** | **MAG. JUDGE PATRICK HANNA** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 49], and noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the defendant's Motion to Dismiss [Doc. No. 39] is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** to the extent that the defendants are seeking to have a deadline established for the plaintiff to submit her claim to arbitration. The plaintiff is hereby **ORDERED** to submit her claim to arbitration within **thirty** (**30**) **days** of the date of this Judgment. The motion is **DENIED** to the extent that the defendants are seeking to have this case dismissed.

**MONROE**, **LOUISIANA**, this 24th day of May, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**